IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GREGORY HIRSCH and<br>JUDITH HIRSCH<br><br>    Plaintiffs,<br><br>v.<br><br>COVENTRY FIRST LLC<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO.: |

## NOTICE OF REMOVAL

TO:   The Clerk of Court:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §1441(a), defendant Coventry First LLC hereby removes the state court action titled GREGORY HIRSCH and JUDITH HIRSCH, Plaintiffs, v. COVENTRY FIRST LLC, Defendant, Civil Action No. SPCV23-00203-CO, filed in the Superior Court of Chatham County, State of Georgia ("State Court Action"), to this honorable Court. A copy of Plaintiffs' Complaint is attached hereto as part of Exhibit A.

The grounds for removal are as follows:

1. The Complaint in the State Court Action was filed on February 20, 2023.

2. On March 3, 2023, counsel for Plaintiffs in the State Court Action emailed and mailed to counsel for Defendant in the State Court Action a copy of the Complaint, Summons, Notice of Duty to Avoid Unnecessary Costs of Service of Summons, Notice of Lawsuit and Request for Waiver of Service of Summons, and two copies of a blank Waiver of Service of Summons. (*See* Exhibit A.) No other form of service was attempted by Plaintiffs.

3. On March 8, counsel for Defendant received the mailed copy of the foregoing papers. Counsel for Defendant signed the Waiver of Service of Summons on March 8 and mailed it back to counsel for Plaintiffs that day.

4. Accordingly, this Notice of Removal is timely filed within the 30-day period required by 28 U.S.C. § 1446(b)(1).

## IDENTITY OF PARTIES AND BASIS FOR DIVERSITY JURISDICTION

5. Plaintiffs, husband and wife, are citizens of the State of Georgia. (Compl. ¶ 1.)

6. Coventry First LLC ("Coventry") is a Delaware LLC with its principal place of business in Pennsylvania. The sole member of Coventry is Dash Investments LLC, which is also a Delaware LLC. Dash Investments LLC is owned 50% by the Buerger 2003 Family Trust and 50% by the Alan H. Buerger 2003 Trust for Reid S. Buerger. Each of those trusts has a Pennsylvania situs. The trustee of each trust is Constance Buerger, a citizen of Pennsylvania. The beneficiaries of each trust are also citizens of Pennsylvania.

7. Accordingly, diversity of citizenship exists in this matter under 28 U.S.C. § 1332(a)(1) because the Plaintiffs and the Defendant are citizens of different states.

## AMOUNT IN CONTROVERSY

8. This dispute concerns the enforceability of a contract under which Plaintiffs agreed to sell to Coventry a life insurance policy with a face amount of five million dollars ($5,000.000.00). (Compl. ¶ 12.) On October 7, 2022, Coventry and plaintiff Gregory Hirsch entered a Life Insurance Policy Purchase Agreement ("Agreement"). Under the Agreement, Hirsch agreed to sell to Coventry a life insurance policy issued by Pruco Life Insurance Company (the "Policy"). The purchase price for the Policy was one million six hundred thousand dollars ($1,600,000.00) (the "Purchase Price"), and pursuant to a letter agreement entered into by Coventry and Hirsch on October 7, 2022, Hirsch also retained the sole right under the Policy to name one or more beneficiaries to receive directly from the Insurer death benefits in the amount of one million four hundred thousand dollars ($1,400,000.00) if Hirsch was to become

deceased between the policy assignment date and October 15, 2023. (Compl. ¶ 30.)

9. Hirsch has refused to complete the transaction of sale pursuant to the terms of the Agreement, wrongfully claiming the Agreement was rescinded and is otherwise void and unenforceable.

10. Accordingly, the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, as required by 28 U.S.C. 1332(a).

## VENUE

11. Venue is appropriate in this Court pursuant to 28 U.S.C. 1441(a) and 1446.

## WRITTEN NOTICE OF REMOVAL

12. Written notice of the filing of this Notice of Removal will be served upon Plaintiffs' counsel, as required by 28 U.S.C. § 1446(d).

13. A Notice of Filing of Removal of Action to Federal Court will be filed with the Superior Court of Chatham County, State of Georgia, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant requests that the above action pending against it in the Superior Court of Chatham County, State of Georgia, be removed to this Court and proceed in this Court as an action properly removed.

Respectfully submitted this 31st day of March, 2023.

/s/ Kyle C. Spurgeon
Kyle C. Spurgeon
Georgia Bar No. 237118
*Counsel for Defendant*

CLARK HILL, PLC
901 Main Street
Suite 6000
Dallas, Texas 75202
214-651-2009
kspurgeon@clarkhill.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *NOTICE OF REMOVAL* has been sent electronically via the ECF system to registered users and by United States Mail, postage pre-paid, in a properly addressed envelope to:

> Wiley A. Wasden, III
> BRENNAN & WASDEN, LLC
> P.O. Box 8047
> Savannah, Georgia 31412

This 31st day of March, 2023.

/s/ Kyle C. Spurgeon
Kyle C. Spurgeon
Georgia Bar No. 237118
*Counsel for Defendant*

CLARK HILL, PLC
901 Main Street
Suite 6000
Dallas, Texas 75202
214-651-2009
kspurgeon@clarkhill.com