# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| GREGORY HIRSCH and JUDITH HIRSCH,<br><br>    Plaintiffs,<br><br>v.<br><br>COVENTRY FIRST LLC<br><br>    Defendant. | CIVIL ACTION NO.: CV423-075 |

## NOTICE OF DISMISSAL WITH PREJUDICE
## PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Gregory Hirsch and Judith Hirsch, through their undersigned counsel, dismiss this action in its entirety, with prejudice, against Defendant Coventry First LLC.

**DATED: April 4, 2023**

*/s/ William E. Dillard*
William E. Dillard
Brennan & Wasden, LLC
411 E. Liberty Street
Savannah, Georgia 31401
(PH) 912-232-6700
(FX) 912-232-0799
bdillard@brennanwasden.com

*Counsel for Plaintiffs*
*Gregory Hirsch and Judith Hirsch*

# CERTIFICATE OF SERVICE

I, William E. Dillard, the undersigned counsel for Plaintiffs hereby certify that I have served the following counsel of record with a copy of the foregoing *Notice of Dismissal with Prejudice Pursuant Rule 41(a)(1)(A)(i)*, via the Court's electronic filing system and via electronic mail and addressed as follows:

Amy Welsh, Esq.
Senior Vice President and General Counsel
Coventry
7111 Valley Green Road
Fort Washington, PA 19034
awelsh@coventry.com

Robert N. Feltoon
Two Commerce Square
2001 Market Street Suite 2620
Philadelphia, PA 19103
rfeltoon@clarkhill.com

This 4th day of April, 2023.

                                                        BRENNAN & WASDEN, LLC

                                       By:    /s/ *William E. Dillard*
                                                    William E. Dillard
                                                    State Bar # 216745
                                                    *Counsel for Plaintiffs*
                                                    *Gregory Hirsch and Judith Hirsch*

P.O. Box 8047
Savannah, GA 31412
Ph: 912-232-6700
Fx: 912-232-0799
wwaden@brennanwasden.com
jsummerlin@brennanwasden.com

1774-1