IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GREGORY HIRSCH and )
JUDITH HIRSCH, )
)
Plaintiffs, )
)
v. ) CASE NO. CV423-075
)
COVENTRY FIRST LLC, )
)
Defendant. )
)

## O R D E R

Before the Court is Plaintiffs Gregory Hirsch and Judith Hirsh's Notice of Dismissal with Prejudice Pursuant to Rule 41(a)(1)(A)(i). (Doc. 7.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Because Defendant has yet to file an answer or a motion for summary judgment in this case, Plaintiffs' request (Doc. 7) is **GRANTED**. Accordingly, at Plaintiffs' request, this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.[1]

SO ORDERED this 10th day of April 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Further, Plaintiffs' other two notices of dismissal (Docs. 4, 6), are **DISMISSED AS MOOT**.